GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
Email: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for EB Holdings II, Inc.*

K&L GATES LLP
THOMAS E. BIRSIC, ESQ.
(Admitted *Pro Hac Vice*)
Email: thomas.birsic@klgates.com
PAUL C. FUENER, ESQ.
(Admitted *Pro Hac Vice*)
Email: paul.fuener@klgates.com
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Tel: (412) 355-6500

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email:  shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel:  (702) 878-1115
*Attorneys for QXH II, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>Debtor.<br><hr>EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Chapter 11<br><br>Case No.: BK-S-19-16364-MKN<br><br>Adv. Pro. No. 20-01010-MKN<br><br>**Case No. 2:20-cv-00461-KJD-BNW**<br><br><br>**STIPULATION WITHDRAWING ACE AMERICAN INSURANCE COMPANY FROM THE PENDING MOTION TO WITHDRAW THE REFERENCE** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Insureds"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and ACE American Insurance Company ("ACE"), by and through its counsel, the law firm of Lewis Brisbois Bisgaard & Smith LLP, as follows:

WHEREAS, on September 30, 2019, EBH filed its Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"), thereby commencing chapter 11 case no. 19-16364-MKN.

WHEREAS, on January 16, 2020, EBH and QXH II filed a *Complaint* in the Bankruptcy Court, thereby commencing adversary proceeding no. 20-01010-MKN (the "Adversary").

WHEREAS, on March 10, 2020, ACE filed *Motion by Defendants Federal Insurance Company and Ace American Insurance Company to Withdraw Reference* [ECF No. 1] (the "Motion to Withdraw the Reference"), thereby commencing District Court case number 2:20-cv-00492-APG-NJK.

WHEREAS, on March 20, 2020, an *Order Consolidating Cases* [ECF No. 6] was entered in District Court case number 2:20-cv-00492-APG-NJK consolidating District Court case number 2:20-cv-00492-APG-NJK with lead District Court case number 2:20-cv-00461-KJD-BNW.

WHEREAS, on April 29, 2018, the *Stipulation Dismissing Defendant ACE American Insurance Company Without Prejudice and Withdrawing Pending Motions* (the "Stipulation") was filed in the Adversary. The Stipulation, attached hereto as Exhibit 1, provided for ACE's withdrawal from the Motion to Withdraw the Reference and a related pleading and for the dismissal of the Insureds' claims against ACE *without prejudice*.

WHEREAS, the Stipulation was approved by entry of the Order of the Bankruptcy Court on April 29, 2020 (the "Dismissal Order"). A copy of the Dismissal Order is attached hereto as Exhibit 2.

. . .

. . .

1  NOW, THEREFORE, the Insureds and ACE hereby stipulate and agree that ACE
2  withdraws from the Motion to Withdraw the Reference, with the parties to bear their own fees and
3  costs.
4  Dated this 30th day of April, 2020.

| | |
|---|---|
| GARMAN TURNER GORDON LLP | K&L GATES LLP |
| By: */s/ Talitha Gray Kozlowski*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for EB Holdings II, Inc.* | By: */s/Paul C. Fuener*<br>THOMAS E. BIRSIC, ESQ.<br>PAUL C. FUENER, ESQ.<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222 |
| | GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>725 S. 8th Street, Suite 100<br>Las Vegas, Nevada 89101<br>*Attorneys for QXH II, Inc.* |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | |
| By: */s/ Jeffrey D. Olster*<br>JEFFREY D. OLSTER, ESQ.<br>6835 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Federal Insurance Company and ACE American Insurance* | |

**IT IS SO ORDERED**

_[signature]_

**UNITED STATES DISTRICT JUDGE**

**DATED:** 5/1/2020

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GREGORY E. GARMAN, ESQ.<br>Nevada Bar No. 6654<br>Email: ggarman@gtg.legal<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>Nevada Bar No. 9040<br>Email: tgray@gtg.legal<br>TERESA M. PILATOWICZ, ESQ.<br>Nevada Bar No. 9605<br>Email: tpilatowicz@gtg.legal<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000<br>*Attorneys for EB Holdings II, Inc.* | K&L GATES LLP<br>THOMAS E. BIRSIC, ESQ.<br>(Admitted *Pro Hac Vice*)<br>Email: thomas.birsic@klgates.com<br>PAUL C. FUENER, ESQ.<br>(Admitted *Pro Hac Vice*)<br>Email: paul.fuener@klgates.com<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222-2613<br>Tel: (412) 355-6500<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>Nevada Bar No. 7786<br>Email: shara@ghandilaw.com<br>725 S. 8th St., Suite 100<br>Las Vegas, Nevada 89101<br>Tel: (702) 878-1115<br>*Attorneys for QXH II, Inc.* |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-19-16364-MKN |
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Adv. Pro. No. 20-01010-MKN<br><br><br><br>**STIPULATION DISMISSING DEFENDANT ACE AMERICAN INSURANCE COMPANY WITHOUT PREJUDICE AND WITHDRAWING PENDING MOTIONS** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Insureds"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and ACE American Insurance Company ("ACE"), by and through its counsel, the law firm of Lewis Brisbois Bisgaard & Smith LLP, as follows:

WHEREAS, on September 30, 2019, EBH filed its Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Nevada, thereby commencing chapter 11 case no. 19-16364-MKN.

WHEREAS, on January 16, 2020, EBH and QXH II filed a *Complaint* in the United States Bankruptcy Court for the District of Nevada, thereby commencing this adversary proceeding, adversary no. 20-01010-MKN (the "Adversary").

WHEREAS, on March 26, 2020, ACE filed its joinder [ECF No. 120] (the "Joinder") to Defendant Arch Insurance Company's *Amended Notice of Motion and Motion to Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction and Personal Jurisdiction; Memorandum of Point and Authorities in Support Thereof* [ECF No. 115].

WHEREAS, on March 9, 2020, ACE filed its *Motion by Defendants Federal Insurance Company and Ace American Insurance Company to Withdraw Reference* [ECF No. 63] (the "Motion to Withdraw the Reference"), thereby commencing District Court case number 2:20-cv-00492-APG-NJK.

WHEREAS, on March 20, 2020, an *Order Consolidating Cases* [ECF No. 6] was entered in District Court case number 2:20-cv-00492-APG-NJK consolidating District Court case number 2:20-cv-00492-APG-NJK with lead District Court case number 2:20-cv-00461-KJD-BNW.[1]

. . .

. . .

---

[1] A similar stipulated order is being filed in case number 2:20-cv-00461-KDJ-BNW, pending in the United States District Court for the District of Nevada.

WHEREAS, the Insureds and ACE have agreed to dismiss ACE from the Adversary *without prejudice* and to vacate all pending matters by and between them, with each party to bear its own attorneys' fees and costs.

WHEREAS, for the avoidance of doubt, this Stipulation does not withdraw any pleadings filed by Federal Insurance Company or dismiss Federal Insurance Company from the Adversary.

NOW, THEREFORE, subject to entry of an Order approving this Stipulation, the Insureds and ACE hereby stipulate and agree as follows:

1. ACE withdraws from the Joinder [ECF No. 120] and Motion to Withdraw the Reference [ECF No. 63];

2. The Insureds' claims against ACE filed in this Adversary are dismissed *without prejudice*;

3. The Insureds and ACE shall each bear their own attorneys' fees and costs incurred to date with respect to the Adversary; and

4. This Stipulation does not dismiss Federal from the Adversary or withdraw the pleadings filed by Federal.

Dated this 29th day of April, 2020.

GARMAN TURNER GORDON LLP                K&L GATES LLP


By: */s/ Talitha Gray Kozlowski*          By: */s/ Paul C. Fuener*
    GREGORY E. GARMAN, ESQ.                 THOMAS E. BIRSIC, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.            PAUL C. FUENER, ESQ.
    TERESA M. PILATOWICZ, ESQ.              K&L Gates Center
    7251 Amigo Street, Suite 210            210 Sixth Avenue
    Las Vegas, Nevada 89119                 Pittsburgh, Pennsylvania 15222
    *Attorneys for EB Holdings II, Inc.*

                                                       GHANDI DEETER BLACKHAM
                                                         SHARA L. LARSON, ESQ.
                                                         725 S. 8th Street, Suite 100
                                                         Las Vegas, Nevada 89101
                                                          *Attorneys for QXH II, Inc.*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Jeffrey D. Olster*
　　JEFFREY D. OLSTER, ESQ.
　　6835 S. Rainbow Blvd., Suite 600
　　Las Vegas, Nevada 89118
　　*Attorneys for Federal Insurance*
　　*Company and ACE American Insurance*

# EXHIBIT 2

# EXHIBIT 2

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 29, 2020

___

| GARMAN TURNER GORDON LLP | K&L GATES LLP |
|---|---|
| GREGORY E. GARMAN, ESQ. | THOMAS E. BIRSIC, ESQ. |
| Nevada Bar No. 6654 | (Admitted *Pro Hac Vice*) |
| Email: ggarman@gtg.legal | Email: thomas.birsic@klgates.com |
| TALITHA GRAY KOZLOWSKI, ESQ. | PAUL C. FUENER, ESQ. |
| Nevada Bar No. 9040 | (Admitted *Pro Hac Vice*) |
| Email: tgray@gtg.legal | Email: paul.fuener@klgates.com |
| TERESA M. PILATOWICZ, ESQ. | K&L Gates Center |
| Nevada Bar No. 9605 | 210 Sixth Avenue |
| Email: tpilatowicz@gtg.legal | Pittsburgh, Pennsylvania 15222-2613 |
| 7251 Amigo Street, Suite 210 | Tel: (412) 355-6500 |
| Las Vegas, Nevada 89119 | |
| Tel: (725) 777-3000 | GHANDI DEETER BLACKHAM |
| *Attorneys for EB Holdings II, Inc.* | SHARA L. LARSON, ESQ. |
| | Nevada Bar No. 7786 |
| | Email: shara@ghandilaw.com |
| | 725 S. 8th St., Suite 100 |
| | Las Vegas, Nevada 89101 |
| | Tel: (702) 878-1115 |
| | *Attorneys for QXH II, Inc.* |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Chapter 11 |
|---|---|
| EB HOLDINGS II, INC., | Case No.: BK-S-19-16364-MKN |
| Debtor. | |
| | Adv. Pro. No. 20-01010-MKN |
| EB HOLDINGS II, INC. and QXH II, INC., | |
| Plaintiffs, | |
| v. | **ORDER DISMISSING DEFENDANT ACE AMERICAN INSURANCE COMPANY WITHOUT PREJUDICE AND WITHDRAWING PENDING MOTIONS** |
| ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY,<br><br>                  Defendants. |

Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Insureds"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and ACE American Insurance Company ("ACE"), by and through its counsel, the law firm of Lewis Brisbois Bisgaard & Smith LLP, entered into that certain *Stipulation to Dismiss Ace American Insurance Company Without Prejudice and Withdrawing Pending Motions* (the "Stipulation").[1] Good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that the Insureds' claims against ACE filed in this Adversary are dismissed *without prejudice*.

**IT IS FURTHER ORDERED** that the Insureds and ACE shall each bear their own attorneys' fees and costs incurred to date with respect to the Adversary.

**IT IS FURTHER ORDERED** that ACE withdraws from: (a) the Joinder jointly filed on behalf of ACE and related insurer-defendant Federal Insurance Company ("Federal") [ECF No. 120]; and (b) the Motion to Withdraw the Reference jointly filed on behalf of ACE and Federal [ECF No. 63].

**IT IS FURTHER ORDERED** that this Order does not dismiss Federal from the Adversary or withdraw the pleadings filed by Federal.

**IT IS SO ORDERED.**

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Stipulation.

|  |  |
|---|---|
| GARMAN TURNER GORDON LLP | K&L GATES LLP |
| By: */s/ Talitha Gray Kozlowski*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for EB Holdings II, Inc.* | By: */s/ Paul C. Fuener*<br>THOMAS E. BIRSIC, ESQ.<br>PAUL C. FUENER, ESQ.<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222 |
|  | GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>725 S. 8th Street, Suite 100<br>Las Vegas, Nevada 89101<br>*Attorneys for OXH II, Inc.* |
| LEWIS BRISBOIS BISGAARD & SMITH LLP |  |
| By: */s/ Jeffrey D. Olster*<br>JEFFREY D. OLSTER, ESQ.<br>6835 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Federal Insurance Company and ACE American Insurance* |  |