GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
Email: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for EB Holdings II, Inc.*

K&L GATES LLP
THOMAS E. BIRSIC, ESQ.
(Admitted *Pro Hac Vice*)
Email: thomas.birsic@klgates.com
PAUL C. FUENER, ESQ.
(Admitted *Pro Hac Vice*)
Email: paul.fuener@klgates.com
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Tel: (412) 355-6500

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email:  shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel:  (702) 878-1115
*Attorneys for QXH II, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>Debtor.<br> | Chapter 11<br><br>Case No.: BK-S-19-16364-MKN<br><br>Adv. Pro. No. 20-01010-MKN<br><br>**Case No. 2:20-cv-00461-KJD-BNW** |
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | **STIPULATED ORDER WITHDRAWING PENDING MOTION** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Insureds"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and Beazley Insurance Company, Inc. ("Beazley"), by and through its counsel, the law firm of Christian, Kravitz, Dichter, Johnson & Sluga, PLLC, as follows:

WHEREAS, on September 30, 2019, EBH filed its Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"), thereby commencing chapter 11 case no. 19-16364-MKN.

WHEREAS, on January 16, 2020, EBH and QXH II filed a *Complaint* in the Bankruptcy Court, thereby commencing adversary proceeding no. 20-01010-MKN (the "Adversary").

WHEREAS, on March 4, 2020, Beazley filed *Beazley Insurance Company, Inc.'s Motion to Withdraw Reference* [ECF No. 1] (the "Beazley's Motion to Withdraw the Reference"), thereby commencing District Court case number 2:20-cv-00461-KDJ-BNW.

WHEREAS, on March 20, 2020, an *Order Consolidating Cases* [ECF No. 7] was entered in District Court case number 2:20-cv-00461-KDJ-BNW consolidating District Court case numbers 2:20-cv-00492-APG-NJK and 2:20-cv-00491-KJD-BNW with lead District Court case number 2:20-cv-00461-KJD-BNW.

WHEREAS, on June 24, 2018, the *Stipulation Dismissing Defendant Beazley Insurance Company, Inc. Without Prejudice* (the "Stipulation") was filed in the Adversary. The Stipulation, attached hereto as Exhibit 1, provided for the withdrawal of the Motion to Withdraw the Reference and a related pleading and for the dismissal of the Insureds' claims against Beazley *without prejudice*.

WHEREAS, the Stipulation was approved by entry of the Order of the Bankruptcy Court on June 25, 2020 (the "Dismissal Order"). A copy of the Dismissal Order is attached hereto as Exhibit 2.

NOW, THEREFORE, the Insureds and Beazley hereby stipulate and agree that Beazley's Motion to Withdraw the Reference is hereby withdrawn, with the parties to bear their own fees and costs.

Dated this 25th day of June, 2020.

| GARMAN TURNER GORDON LLP | K&L GATES LLP |
|---|---|
| By: */s/Talitha Gray Kozlowski*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for EB Holdings II, Inc.* | By: */s/ Paul C. Fuener*<br>THOMAS E. BIRSIC, ESQ.<br>PAUL C. FUENER, ESQ.<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222 |
| | GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>725 S. 8th Street, Suite 100<br>Las Vegas, Nevada 89101<br>*Attorneys for QXH II, Inc.* |

CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, PLLC

By: */s/ Gena L. Sluga*
STEPHEN M. DICHTER, ESQ.
GENA L. SLUGA, ESQ.
L. RENEE GREEN, ESQ.
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Beazley Insurance Company, Inc.*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED : 7/7/2020

# EXHIBIT 1

# EXHIBIT 1

|   |   |
|---|---|
| GARMAN TURNER GORDON LLP<br>GREGORY E. GARMAN, ESQ.<br>Nevada Bar No. 6654<br>Email: ggarman@gtg.legal<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>Nevada Bar No. 9040<br>Email: tgray@gtg.legal<br>TERESA M. PILATOWICZ, ESQ.<br>Nevada Bar No. 9605<br>Email: tpilatowicz@gtg.legal<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000<br>*Attorneys for EB Holdings II, Inc.* | K&L GATES LLP<br>THOMAS E. BIRSIC, ESQ.<br>(Admitted *Pro Hac Vice*)<br>Email: thomas.birsic@klgates.com<br>PAUL C. FUENER, ESQ.<br>(Admitted *Pro Hac Vice*)<br>Email: paul.fuener@klgates.com<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222-2613<br>Tel: (412) 355-6500<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>Nevada Bar No. 7786<br>Email:  shara@ghandilaw.com<br>725 S. 8th St., Suite 100<br>Las Vegas, Nevada 89101<br>Tel:  (702) 878-1115<br>*Attorneys for QXH II, Inc.* |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-19-16364-MKN |
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Adv. Pro. No. 20-01010-MKN<br><br>**STIPULATION DISMISSING DEFENDANT BEAZLEY INSURANCE COMPANY, INC. WITHOUT PREJUDICE AND WITHDRAWING PENDING MOTIONS** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Insureds"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and Beazley Insurance Company, Inc. ("Beazley"), by and through its counsel, the law firm of Christian, Kravitz, Dichter, Johnson & Sluga, PLLC, as follows:

WHEREAS, on September 30, 2019, EBH filed its Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Nevada, thereby commencing chapter 11 case no. 19-16364-MKN.

WHEREAS, on January 16, 2020, EBH and QXH II filed a *Complaint* in the United States Bankruptcy Court for the District of Nevada, thereby commencing this adversary proceeding, adversary no. 20-01010-MKN (the "Adversary").

WHEREAS, on March 3, 2020, Beazley filed *Beazley Insurance Company, Inc.'s Motion to Withdraw Reference* [ECF No. 48] (the "Motion to Withdraw the Reference"), thereby commencing District Court case number 2:20-cv-00461-KDJ-BNW.[1]

WHEREAS, on March 11, 2020, Beazley filed a *Joinder in Illinois National Insurance Company's Motion to Dismiss Plaintiffs' Complaint Under FRBP 12(b)(1)* [ECF No. 80] (the "Joinder"), arguing, inter alia, that Plaintiffs' Complaint fails to state a justiciable cause of action for declaratory relief against Beazley because the Complaint alleges that "[t]o date, the Insureds have incurred substantial defense costs in connection with the GoldenTree Action and related litigation, including in excess of $25,000,000 in attorneys' fees and costs…," and Beazley's policy attaches in excess of underlying policies with limits of liability totaling $50,000,000.

WHEREAS, Plaintiffs and Beazley have agreed to dismiss Plaintiffs' *Complaint without prejudice,* subject to the understanding that Plaintiffs will seek coverage from Beazley for the claims at issue in the *Complaint* only upon an allegation by Plaintiffs of damages reaching the

---

[1] A similar stipulated order is being filed in case number 2:20-cv-00461-KDJ-BNW, pending in the United States District Court for the District of Nevada.

attachment point of Beazley's policy; moreover, in the event that Plaintiff's decide to pursue future claims against Beazley, they agree to serve Beazley with a copy of any motion to amend the complaint and to allow Beazley the opportunity to file a timely response to that motion.

WHEREAS, the Insureds and Beazley have agreed to dismiss Beazley from the Adversary *without prejudice* and to vacate all pending matters by and between them, with each party to bear its own attorneys' fees and costs.

NOW, THEREFORE, subject to entry of an Order approving this Stipulation, the Insureds and Beazley hereby stipulate and agree as follows:

1. Beazley withdraws its Joinder [ECF No. 80] and Motion to Withdraw the Reference [ECF No. 48];

2. The Insureds' claims against Beazley filed in this Adversary are dismissed *without prejudice*; and

3. The Insureds and Beazley shall each bear their own attorneys' fees and costs incurred to date with respect to the Adversary.

Dated this 24th day of June, 2020.

| GARMAN TURNER GORDON LLP | K&L GATES LLP |
|---|---|
| By: */s/ Talitha Gray Kozlowski*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for EB Holdings II, Inc.* | By: */s/Paul C. Fuener*<br>THOMAS E. BIRSIC, ESQ.<br>PAUL C. FUENER, ESQ.<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>725 S. 8th Street, Suite 100<br>Las Vegas, Nevada 89101<br>*Attorneys for QXH II, Inc.* |

1  CHRISTIAN, KRAVITZ, DICHTER,
   JOHNSON & SLUGA, PLLC
2

3
   By: */s/ Gena L. Sluga*
4      STEPHEN M. DICHTER, ESQ.
       GENA L. SLUGA, ESQ.
5      L. RENEE GREEN, ESQ.
       8985 Eastern Avenue, Suite 200
6      Las Vegas, Nevada 89123
       *Attorneys for Beazley Insurance*
7      *Company, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GARMAN TURNER GORDON
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000

4

# EXHIBIT 2

# EXHIBIT 2

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 25, 2020
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
Email: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for EB Holdings II, Inc.*

K&L GATES LLP
THOMAS E. BIRSIC, ESQ.
(Admitted *Pro Hac Vice*)
Email: thomas.birsic@klgates.com
PAUL C. FUENER, ESQ.
(Admitted *Pro Hac Vice*)
Email: paul.fuener@klgates.com
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Tel: (412) 355-6500

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
*Attorneys for QXH II, Inc.*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-19-16364-MKN |
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS | Adv. Pro. No. 20-01010-MKN<br><br>**ORDER DISMISSING DEFENDANT BEAZLEY INSURANCE COMPANY, INC. WITHOUT PREJUDICE AND WITHDRAWING PENDING MOTIONS** |

|   |   |
|---|---|
| 1 | INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Insureds"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and Beazley Insurance Company, Inc. ("Beazley"), by and through its counsel, the law firm of Christian, Kravitz, Dichter, Johnson & Sluga, PLLC, entered into that certain *Stipulation to Dismiss Beazley Insurance Company, Inc. Without Prejudice and Withdrawing Pending Motions* (the "Stipulation").[1]  Good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that Beazley's Joinder [ECF No. 80] and Motion to Withdraw the Reference [ECF No. 48] are withdrawn.

**IT IS FURTHER ORDERED** that the Insureds' claims against Beazley filed in this Adversary are dismissed *without prejudice*.

**IT IS FURTHER ORDERED** that the Insureds and Beazley shall each bear their own attorneys' fees and costs incurred to date with respect to the Adversary.

**IT IS SO ORDERED.**

GARMAN TURNER GORDON LLP                K&L GATES LLP


By: */s/ Talitha Gray Kozlowski*              By: */s/ Paul C. Fuener*
    GREGORY E. GARMAN, ESQ.                  THOMAS E. BIRSIC, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.             PAUL C. FUENER, ESQ.
    TERESA M. PILATOWICZ, ESQ.               K&L Gates Center
    7251 Amigo Street, Suite 210             210 Sixth Avenue
    Las Vegas, Nevada 89119                  Pittsburgh, Pennsylvania 15222
    *Attorneys for EB Holdings II, Inc.*

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Stipulation.

| | | |
|---|---|---|
| 1 | CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, PLLC | GHANDI DEETER BLACKHAM |
| 2 | | SHARA L. LARSON, ESQ. |
| | | 725 S. 8th Street, Suite 100 |
| 3 | | Las Vegas, Nevada 89101 |
| | By: /s/ Gena L. Sluga | *Attorneys for QXH II, Inc.* |
| 4 | STEPHEN M. DICHTER, ESQ. | |
| | GENA L. SLUGA, ESQ. | |
| 5 | L. RENEE GREEN, ESQ. | |
| | 8985 Eastern Avenue, Suite 200 | |
| 6 | Las Vegas, Nevada 89123 | |
| | *Attorneys for Beazley Insurance* | |
| 7 | *Company, Inc.* | |

3

GARMAN TURNER GORDON
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000